**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER E. WASHINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:14-cv-780-JMS-TAB |
| BENJAMIN LOVERIDGE, | ) ) ) | |
| Defendant. | ) | |

**Entry Denying Plaintiff's Motion for Summary Judgment**

The Court granted the defendant's motion for summary judgment and entered judgment in favor of the defendant on April 1, 2015. The plaintiff's motion for summary judgment was filed on April 6, 2015 and raises the same arguments as those raised in the plaintiff's response to the defendant's motion for summary judgment. Further, the plaintiff identifies no manifest error of law or fact or newly discovered evidence to warrant relief from judgment pursuant to Rule 59(e) of the *Federal Rules of Civil Procedure*. *See Souter v. International Union*, 993 F.2d 595, 599 (7th Cir. 1993) (quoting *Federal Deposit Ins. Corp. v. Meyer,* 781 F.2d 1260, 1268 (7th Cir. 1986)). Accordingly, the plaintiff's post-judgment motion for summary judgment [dkt 71] is **denied**.

**IT IS SO ORDERED.**

Date: 04/16/2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher E. Washington
Chapel Oaks Apartment
806 Oaklawn Ct.
Fort Wayne, IN 46803

All electronically registered counsel